IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **HI-TECH PHARMACEUTICALS, INC.**, a Georgia corporation,<br><br>    Plaintiff,<br><br>v.<br><br>**USA NUTRACEUTICALS GROUP, INC.** and **ULTRA-LAB NUTRITION, INC.**, D/B/A **BEAST SPORTS**, and **ANTHONY ALTIERI**, an individual<br><br>    Defendants. | Case No. 1:15-cv-04300-SCJ |

### DEFENDANTS' MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE

**COME NOW** Defendants, USA Nutraceuticals Group, Inc. and Ultra-Lab Nutrition, Inc., (hereinafter "Ultra-Lab") and Anthony Altieri, and move the Court to dismiss Plaintiff's Complaint sounding in fraud for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6), 9(b). Mr. Altieri also moves under Rule 12(b)(2) to dismiss all claims against him for lack of personal jurisdiction. Defendants also move to strike certain material as impertinent, redundant or scandalous. Fed. R. Civ. P. 12(f). For the reasons provided in the

1

attached Memorandum of Law, the Court should dismiss Plaintiff's Complaint in its entirety.

This 10th day of March, 2016.

            Respectfully submitted,

            */s/ Sanjay S. Karnik*
            Ryan M. Kaiser **(pro hac vice)**
            Sanjay S. Karnik **(pro hac vice)**
            Illinois Bar No. 6300156
            AMIN TALATI & UPADHYE, LLC
            100 S. Wacker Drive
            Suite 2000
            Chicago, IL 60606
            T: (312) 327-3328
            F: (312) 884-7352
            ryan@amintalati.com
            sanjay@amintalati.com

            */s/ Scott R. Grubman*
            Scott Robert Grubman
            Georgia Bar No. 317011
            Chilivis, Cochran, Larkins & Bever
            3127 Maple Drive, N.E.
            Atlanta, GA 30305
            T: (404) 233-4171
            F: (404) 261-2842
            sgrubman@cclblaw.com

            **Counsel for Defendants, USA Nutraceuticals Group, Inc.; Ultra-Lab Nutrition, Inc., d/b/a Beast Sports; and Anthony Altieri**

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2016, I electronically filed the foregoing DEFENDANTS' MOTION TO DISMISS COMPLAINT AND MOTION TO STRIKE with the Clerk of Court using the CM/ECF system which will send electronic notification to the following listed counsel:

Charles Ronald Bridgers
charlesbridgers@dcbflegal.com

Edmund J. Novotny
ednovotny@dcbflegal.com

>*/s/ Scott R. Grubman*
>Scott Robert Grubman
>Georgia Bar No. 317011
>Chilivis, Cochran, Larkins & Bever
>3127 Maple Drive, N.E.
>Atlanta, GA 30305
>T: (404) 233-4171
>F: (404) 261-2842
>sgrubman@cclblaw.com