# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., a Georgia corporation, <br><br> Plaintiff, <br><br> v. <br><br> USA NUTRACEUTICALS GROUP, INC. ULTRA-LAB NUTRITION, INC., d/b/a BEAST SPORTS; and ANTHONY ALTIERI, an individual <br><br> Defendants. | **Case No. 1:15-cv-04300-SCJ** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, by and through undersigned counsel of record, hereby dismisses this action without prejudice.

Respectfully submitted, this 7th day of April, 2016.

**DELONG CALDWELL BRIDGERS
FITZPATRICK & BENJAMIN, LLC**

*s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303

*s/ Edmund J. Novotny, Jr.*

-1-

-2-

| | |
|---|---|
| (404) 979-3150 | Edmund J. Novotny, Jr. |
| (404) 979-3170 (facsimile) | Georgia Bar No. 547338 |
| charlesbridgers@dcbflegal.com | |
| ednovotny@dcbflegal.com | COUNSEL FOR PLAINTIFFS |

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HI-TECH PHARMACEUTICALS, INC., a Georgia corporation, <br><br> Plaintiff, <br><br> v. <br><br> USA NUTRACEUTICALS GROUP, INC. ULTRA-LAB NUTRITION, INC., d/b/a BEAST SPORTS; and ANTHONY ALTIERI, an individual <br><br> Defendants. | Case No. 1:15-cv-04300-SCJ |

## CERTIFICATE OF SERVICE

I certify that on the date shown above, I electronically filed a true and correct copy of the parties' **NOTICE OF DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all attorneys of record.

                                              **DELONG CALDWELL BRIDGERS**
                                              **FITZPATRICK & BENJAMIN, LLC**

                                              *s/ Charles R. Bridgers*
                                              Charles R. Bridgers
3100 Centennial Tower           Georgia Bar No. 080791
101 Marietta Street

Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
charlesbridgers@dcbflegal.com
ednovotny@dcbflegal.com

*s/ Edmund J. Novotny, Jr.*
Edmund J. Novotny, Jr.
Georgia Bar No. 547338

COUNSEL FOR PLAINTIFF